

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES MCNALLY, individually and on behalf
of all others similarly situated,

                Plaintiff,

v.

MERCHANT SOLUTIONS GROUP, CORP.,
LIBERTY MERCHANT GROUP, LLC.,
WILLIAM MORRISSEY, and WORLD
BUSINESS LENDERS, LLC,
                Defendants.

1:14-cv-07116-GBD

**STIPULATION AND ORDER
OF DISMISSAL**

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the below-identified parties, that the above-captioned action and all claims asserted therein, or that could have been asserted therein be, and hereby are, dismissed against all of the Defendants without costs, attorneys' fees, fees or expenses to either party and with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Loren L. Forrest, Jr.
Holland & Knight LLP
31 West 52nd Street
New York, New York 10019
loren.forrest@hklaw.com
(212) 513-3370
March 30, 2016

Christopher Q. Davis
The Law Office of Christopher Q. Davis, PLLP
225 Broadway, Suite 1803
New York, New York 10007
cdavis@workingsolutionsnyc.com
(646) 430-7930
March 30, 2016

SO ORDERED: _____ MAY 10 2016
George B. Daniels, U.S.D.J.

#39180980 v1